

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN
XXXXXXXXXXXXXX
ATTORNEY GENERAL

AUSTIN 11, TEXAS

January 9th, 1939

Hon. W. A. Stroman
District Attorney
119th Judicial District of Texas
San Angelo, Texas

Dear Mr. Stroman:

Opinion No. O-30

Re: Expense of District
Attorney.

Your request for an opinion regarding the expense of a District Attorney
has been received by this office.

Article 3886-f, Revised Civil Statutes of Texas provides compensation
for District Attorneys and the same statute further provides:

"Nothing in this Act shall be construed so as to deprive District
Attorneys of the expense allowance allowed or which may hereafter
be allowed by law."

Article 6820, Revised Civil Statutes, provides:

"All District Judges and District Attorneys, when engaged in the
discharge of their official duties in any County in the State other
than the County of their residence shall be allowed their actual
and necessary expense while actually engaged in the discharge of
such duties."

not to exceed certain amounts as stipulated by said statute.

Article 6823, Revised Civil Statutes, provides:

"The traveling and other necessary expenses incurred by the various
officers, assistants, deputies, clerks and other employees in the
various departments, institutions, boards, commissions or other sub-
divisions of the State Government, in the active discharge of their
duties shall be such as are specifically fixed and appropriated by
the Legislature in the general appropriation bills providing for the
expenses of the State Government from year to year. When appropri-
ations for traveling expenses are made any allowances or payments
to officials or employees for the use of privately owned authomobiles
shall be on a basis of actual mileage traveled for each trip or all
trips covered by the expense accounts submitted for payment or

allowance from such appropriations, and such payment or allowance shall be made at a rate not to exceed five (5¢) cents for each mile actually traveled, and no additional expense incident to the operation of such automobile shall be allowed."

Texas Jurisprudence, Volume 34, Page 533, Section 116, provides:

"An allowance for expense incurred, in addition to compensation fixed by the Constitution, may be valid and statutes provide for the necessary expense incurred by various State and County officers in the performance of their official duties."

In view of the foregoing authorities, it is the opinion of this Department, that the District Attorney may collect his actual and necessary expense while actually engaged in the discharge of such duties not to exceed the amount prescribed by law.

Trusting that the foregoing answers your inquiry, I remain.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

s/ Ardell Williams

By Ardell Williams
Assistant

AW:OMB:LDW

APPROVED:

s/ Gerald C. Mann

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS